## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WENFANG LIU,

       Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                         12-cv-288-wmc

KITTY RHOADES and
ELOISE ANDERSON,

       Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting summary judgment in favor of Kitty Rhoades and Eloise Anderson and dismissing this case.

/s/                                     2/10/2015

Peter Oppeneer, Clerk of Court            Date